# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WALTER DICKERSON AND DEWAN
DICKERSON

NO.  2021 CW 0975

VERSUS

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, ET AL

**AUGUST 18, 2021**

---

In Re:  Southern Recycling, LLC, Travelers Property Casualty
Company of America, and EMR (USA Holdings), Inc.,
applying for supervisory writs, 18th Judicial District
Court, Parish of Pointe Coupee, No. 49032.

---

**BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**    The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

PMc
MRT

**Welch, J.,** dissents.  Under the unique facts and
circumstances of this case, I believe relators are entitled to a
continuance.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT